IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RANDY TUCKER,**
**ADC #109442**                                                                                          **PLAINTIFF**

v.                                    Case No. 5:15-cv-00100 KGB/BD

**GREG BOLIN,** *et al.*                                                                         **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere (Dkt. No. 10). The parties have not filed objections, and the time for filing objections has passed. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

The Court dismisses with prejudice Mr. Tucker's lawsuit; the relief requested is denied..

SO ORDERED this 4th day of January, 2016.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge