IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RANDY TUCKER,**
**ADC #109442**                                                                            **PLAINTIFF**

v.                           Case No. 5:15-cv-00100 KGB/BD

**GREG BOLIN,** *et al.*                                                  **DEFENDANTS**

## ORDER

Consistent with the Order entered on this day, the Court dismisses without prejudice this action; the relief requested is denied. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Court's Order and Judgment would not be taken in good faith.

Dated this 4th day of January, 2016.

                                                             _____
                                                             Kristine G. Baker
                                                             United States District Judge